UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

S

In Re:

**LAURA ANN HAMILTON**  Case No. **17-41019**
Chapter 13

Debtor(s)  S

## MOTION TO MODIFY PLAN

COMES NOW, Linda B. Gore, Chapter 13 Trustee, and moves to modify the debtor's plan as **Claim #8** has had a Notice of Post-petition Mortgage Fees, Expenses, and Charges added by **U.S. BANK NATIONAL ASSOCIATION/NATIONSTAR MORTGAGE** for **$600.00** (which was not previously provided for) as Secured arrearage claim to be paid in full. The *plan payments will* **increase to $793.00 BI-WEEKLY** for the remainder of the plan to pay this claim, make-up any delinquency that may exist and to insure the case pays out on time. The plan type will change from a base plan to a percentage plan. Unsecured creditors will receive 100 % + 5.25% interest.

WHEREFORE, the Trustee prays that this modification will be GRANTED.

Date Prepared: MAY 17 2018

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O Box 1338
Gadsden, AL 35901
(256) 546-9262

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the debtor(s) Laura Hamilton, 129 Old Bethel Road, Albertville, AL 35951 via US Mail, the debtor(s) attorney of record, Carla Handy, Esq. via electronic mail at chandy@bondnbotes.com and, U.S. Bank National Association/Nationstar Mortgage, LLC at POB 619096, Dallas, TX 75261 via US Mail, and Karen Maxcy at Karen.Maxcy@mccalla.com via electronic Mail on this date May 22 2018.

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE